Pfeifer, J.,
dissenting.
*143 Dennis P. Will, Lorain County Prosecuting Attorney, and John P. Kilroy, Assistant Prosecuting Attorney, for appellants.
{¶ 24} I would affirm the Board of Tax Appeals’ determination that based on the record before it, the February 2011 sale of the subject property “was recent, arm’s-length, and constitutes the best indication” of the property’s value.
{¶ 25} Although expert witness Dr. Paul Bellamy testified that the sale to appellee Betty L. Lunn was not at arm’s length, he did not testify concerning the proper valuation. Accordingly, I would defer to the next most recent sale, a mere month before Lunn purchased the property. That transaction involved a sheriffs sale that was open to the public and, therefore, available to any willing bidder. That is a better indication of value than the auditor’s appraisal, which clearly does not take account of the fact that no one is willing to spend more than $33,000 to purchase the property.
{¶ 26} Accordingly, I dissent.
O’Neill, J., concurs in the foregoing opinion.